# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CLEVELAND D. DUNN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:13-cv-131 |
| | * | |
| v. | * | |
| | * | |
| DARRELL HART, Warden, Ware State Prison, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

Presently before the Court are Plaintiff Cleveland Dunn's ("Dunn") Objections to the Magistrate Judge's Report and Recommendation dated June 29, 2016. Dkt. No. 132. In his Objections, Dunn reiterates his argument that he should be permitted to amend his Complaint and describes his proposed claims. Dunn's Objection is not responsive to the Magistrate Judge's Report and Recommendation.[1]

Accordingly, Dunn's Objections are **OVERRULED**. The Court **CONCURS** with and **ADOPTS** the Magistrate Judge's Report and

---

[1] Furthermore, Dunn's contention that the Magistrate Judge failed to address Objection No. 4 in Plaintiff's Motion for Reconsideration is without merit. (Doc. 132, p. 5.) In his Objection No. 4, Dunn stated that "Plaintiff concurs with the Court completely on this point." (Doc. 128, p. 8.) Accordingly, there was no objection for the Magistrate Judge to address.

Recommendation as the opinion of the Court. Dunn's Motion for Reconsideration, doc. 128, is **DENIED**.

**SO ORDERED**, this 16 day of August, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA